UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGOC LAM CHE,<br><br>           Plaintiff,<br><br>     v.<br><br>UNIQLO USA, LLC,<br><br>           Defendant. | Case No. 15-cv-04807-JSC<br><br>**ORDER TO PLAINTIFF FOR A STATUS REPORT** |

Plaintiff filed this ADA access case on October 19, 2015. According to the Case Schedule, Plaintiff was to file a "Notice of Need for Mediation" no later than the middle of March 2016. However, with the Court's consent, Defendant did not respond to the complaint until March 2016. Accordingly, on or before June 21, 2016, Plaintiff shall file with the Court a written update on the status of the case.

**IT IS SO ORDERED.**

Dated: June 8, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge