1  ASCENSION LAW GROUP
   PAMELA TSAO( 266734)
2  2030 E. 4th Street
   Suite 205
3  Santa Ana, CA 92705
   PH: 714.783.4220
4  FAX: 888.505.1033
   Pamela.Tsao@ascensionlawgroup.com
5
   Attorneys for Plaintiff NGOC LAM CHE
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11 NGOC LAM CHE, an individual          )   Case No.:  3:15-cv-04807-JSC
                                        )
12           Plaintiff,                 )   **[PROPOSED] ORDER RE STIPULATION**
                                        )   **OF VOLUNTARY DISMISSAL WITH**
13      vs.                             )   **PREJUDICE**
                                        )
14 UNIQLO USA, LLC, a limited liability )
   company; DOES 1 through 10,          )
15                                      )   [Hon. Jacqueline Scott Corley presiding]
           Defendants.                  )
16                                      )
                                        )
17                                      )
                                        )
18                                      )
                                        )
19                                      )
                                        )
20                                      )
                                        )
21                                      )
                                        )
22                                      )
                                        )
23                                      )
                                        )
24

25

26

27

28

---

**[PROPOSED] ORDER**
**3:15-CV-04807-JSC**

1
2
3
4
5   Pursuant to the parties' "Stipulation of Voluntary Dismissal With Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the Defendant shall be dismissed with prejudice in the above-captioned action. Each party shall bear his or its own costs and attorney's fees.

IT IS SO ORDERED

Dated __June 22, 2016_____                    ___*Jacqueline Scott Corley*___
                                                    Judge, United States District Court,
                                                    Northern District of California